P.O. BOX 15630  
DEPT 23  
WILMINGTON DE 19850-5630

**TRANSWORLD SYSTEMS INC.**

Formerly NCO FINANCIAL SYSTEMS, INC.
507 Prudential Rd, Horsham, PA 19044

866-381-9807
OFFICE HOURS:
8AM-5PM MONDAY THRU FRIDAY
Sep 5, 2009

Calls to or from this company may be monitored or recorded for quality assurance.

JL5353
ATTN:
COMMUNITY FINANCE GROUP
ANDREW VILENCHIK
5747 W BROADWAY AVE
CRYSTAL MN  55428-3549

1019-131

RE: FIRST DATA MERCHANT SERVICES
COMMUNITY FINANCE GROUP
REFERRED BALANCE: $ 103244.65
PRESENT BALANCE: $ 103244.65

*77,433.47*

Dear :

The above claim has been placed with us for collection. We wish to allow you an opportunity to satisfy this debt voluntarily.

Refusal to honor this debt within 5 days of the date of this letter will result in continued collection activity.

You may also make payment by visiting us online at www.transworldpayments.com. Your unique registration code is CJL53532-33O23D. To receive future notices for the account(s) by e-mail, visit www.transworldpayments.com for details.

---

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT (MAKE SURE ADDRESS SHOWS THROUGH WINDOW)

---

THIS COLLECTION AGENCY IS LICENSED BY THE MINNESOTA DEPARTMENT OF COMMERCE.

| Our Account # | Present Balance |
|---|---|
| JL5353 | $ 103244.65 |
| COMMUNITY FINANCE GROUP | |
| Payment Amount | |

$

Check here if your address or phone number has changed and provide the new information below.

Make Payment To:

TRANSWORLD SYSTEMS INC.
PO BOX 4903
TRENTON NJ 08650-4903



0123OOJL53535000000230000000010324465 7

4000 EAST 5TH AVENUE
COLUMBUS, OHIO 43219
866-762-4608

**Transworld Systems**
Formerly NCO Financial Systems, Inc.

Office Hours (EST)
Mon – Thurs 8am – 9pm
Fri 8am – 5pm
Sat 8am – 12pm

Calls to or from this company may be monitored
or recorded for quality assurance.

N09.JL5353                                         Friday, Sep 11, 2009

Community Finance Group
5747 West Broadway Ave.
Crystal, MN 55428

Creditor:   First Data Merchant Services
Ref:        N09.JL5353
Acct #:     951201983883-rs1
Balance:    $103,244.65

Dear Community Finance Group:

We can accept the sum of $77,433.48 as settlement of your account, provided that these funds are received in our office no later than Friday, September 25, 2009. If you have any questions, please call (800) 340-4011 ext. 7601.

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This is a communication from a debt collector.

                                                BCLSSTLFL

Notice: See reverse side for important information.


EXHIBIT B



5747 West Broadway
Crystal, MN 55428
Phone    763-416-5959
Facsimile 763-416-5980
www.communityfg.com

September 17, 2009

Transworld Systems
4000 E 5th Ave
Columbus, OH 43219
Phone 866-762-4608
Fax    866-452-5575

Ref: N09JL5353

Dear Transworld Systems,

This is in response to your settlement offer dated September 11, 2009. We have decided to accept your settlement offer of $77,433.48.

Please provide wiring instructions or address were you certified funds can be send.

Please feel free to contact me with any questions at 1-866-845-2621 extension 555.

Sincerely,

ANDREW VILENCHIK



EXHIBIT C

\*\*\* Memory TX Result Report ( Sep. 17. 2009  4:12PM ) \*\*\*

1) Community Finance Group
2)

Date/Time: Sep. 17. 2009  4:11PM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 7204 | Memory TX | 918664525575 | P. 1 | OK | |

Reason for error
E. 1) Hang up or line fail      E. 2) Busy
E. 3) No answer                 E. 4) No facsimile connection
E. 5) Exceeded max. E-mail size

**COMMUNITY FINANCE GROUP**

5747 West Broadway
Crystal, MN 55428
Phone   763-416-5959
Facsimile 763-416-5980
www.communityfg.com

September 17, 2009

Transworld Systems
4000 E 5th Ave
Columbus, OH 43219
Phone 866-762-4608
Fax   866-452-5575

Ref: N09JL5353

Dear Transworld Systems,

This is in response to your settlement offer dated September 11, 2009. We have decided to accept your settlement offer of $77,433.48.

Please provide wiring instructions or address were you certified funds can be send.

Please feel free to contact me with any questions at 1-866-845-2621 extension 555.

Sincerely,

ANDREW VILENCHIK